UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
CAMDEN DIVISION

**IN RE:**  **CASE NO.: 21-12756-ABA**
**CHAPTER 13**

**Kimberly A Rosetti,**
  **Debtor.**

**Salvatore Rosetti,**
  **Joint Debtor.**

_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of Home Point Financial Corporation ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**130 CLINTON RD #202**
**FAIRFIELD, NJ 7004**

    Robertson, Anschutz, Schneid, Crane & Partners, PLLC
    Authorized Agent for Secured Creditor
    130 Clinton Rd #202
    Fairfield, NJ 7004
    Telephone: 470-321-7112

    By: /s/Harold Kaplan
        Harold Kaplan
        Email: hkaplan@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 30, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

KIMBERLY A ROSETTI
23 S. CEDARBROOK ROAD
SICKLERVILLE , NJ 08081

SALVATORE ROSETTI
23 S. CEDARBROOK ROAD
SICKLERVILLE , NJ 08081

And via electronic mail to:

ANDREW M. CARROLL, ESQ.
427 N PACKARD ST.  08037
HAMMONTON, NJ 08037

ISABEL C. BALBOA
CHAPTER 13 STANDING TRUSTEE
CHERRY TREE CORPORATE CENTER
535 ROUTE 38 - SUITE 580
CHERRY HILL , NJ 08002

U.S. TRUSTEE
US DEPT OF JUSTICE
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK , NJ 07102

By: /s/ VJ Allen
VJ Allen
Email: viallen@rascrane.com