Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 21−12756−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Kimberly A Rosetti
aka Kimberly Anne Rosetti
23 S. Cedarbrook Road
Sicklerville, NJ 08081

Salvatore Rosetti
23 S. Cedarbrook Road
Sicklerville, NJ 08081

Social Security No.:
xxx−xx−6874            xxx−xx−0100

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on July 15, 2021.

Dated: July 15, 2021
JAN: har

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Kimberly A Rosetti  
Salvatore Rosetti  
    Debtors

Case No. 21-12756-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 4  
Date Rcvd: Jul 15, 2021      Form ID: plncf13      Total Noticed: 72

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kimberly A Rosetti, Salvatore Rosetti, 23 S. Cedarbrook Road, Sicklerville, NJ 08081-3702 |
| cr | + | Home Point Financial Corporation, Robertson, Anschutz, Schneid, Crane & Pa, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 519157639 | + | Best Buy, PO Box 49352, San Jose, CA 95161-9352 |
| 519157641 | + | Bryant State, 500 E. 60th Street North, Sioux Falls, SD 57104-0478 |
| 519157649 | + | Citbank CBNA, 701 E 60th Street North, Sioux Falls, SD 57104-0493 |
| 519157650 | + | Comenity Bank/Burlington Coat Factory, PO Box 182120, Columbus, OH 43218-2120 |
| 519157669 | + | Equifax, Attn: Bankruptcy Dept., P.O. Box 740241, Atlanta, GA 30374-0241 |
| 519157670 | + | Experian, Attn: Bankruptcy Dept., P.O. Box 2002, Allen, TX 75013-2002 |
| 519157673 | ++ | FIRST SAVINGS BANK, PO BOX 5096, SIOUX FALLS SD 57117-5096 address filed with court:, First Savings Bank Blaze, 500 E. 60th Street, Sioux Falls, SD 57104 |
| 519157671 | + | First National Credit, 500 East 60th Street North, Sioux Falls, SD 57104-0478 |
| 519157672 | + | First Premier Bank, 601 S. Minnesota Road, Sioux Falls, SD 57104-4868 |
| 519202634 | + | Home Point Financial Corporation, ROBERTSON, ANSCHUTZ, SCHNEID,, CRANE & PARTNERS, PLLC, 130 CLINTON RD #202, FAIRFIELD, NJ 07004-2927 |
| 519157679 | + | IRS, Attorney General of US, US DOJ, 950 Pennsylvania Avenue, NW, Washington, DC 20503-0001 |
| 519157682 | + | Macy's, 151 W 34th Street, New York, NY 10001-2101 |
| 519157687 | + | Petal Card, Inc., PO Box 105168, Atlanta, GA 30348-5168 |
| 519157690 | + | Sync/At Home PLCC, PO Box 965013, Orlando, FL 32896-5013 |
| 519157692 | | TBOM/Aspire, PO Box 1055555, SW # 1340, Atlanta, GA 30348 |
| 519157693 | + | TD Bank, NA, 2035 Limestone Road, Wilmington, DE 19808-5529 |
| 519157694 | | Transunion, Attn: Bankruptcy Dept., P.O. Box 1000, Crum Lynne, PA 19022 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 15 2021 20:28:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 15 2021 20:28:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519157637 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 15 2021 20:43:00 | Amazon/PLCC, PO Box 965015, Orlando, FL 32896-5015 |
| 519157638 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 15 2021 20:43:19 | Ashley's Furniture, 965036, Orlando, FL 32896-0001 |
| 519157640 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 15 2021 20:28:00 | Big Lots Comenity Bank, PO Box 183003, Columbus, OH 43218-3003 |
| 519157648 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 15 2021 20:43:33 | CBNA, 50 N.W. Point Road, Elk Grove Village, IL 60007 |
| 519157642 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 15 2021 20:43:05 | Capital One, 1500 Capital One Drive, Henrico, |

| | | | |
|---|---|---|---|
| Case 21-12756-ABA | Doc 40 | Filed 07/17/21 | Entered 07/18/21 00:15:14 Desc Imaged |
| | Certificate of Notice | Page 3 of 5 | |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 4 |
| Date Rcvd: Jul 15, 2021 | Form ID: plncf13 | Total Noticed: 72 |

| Recip ID | | Notice Type | Date/Time | Recipient Address |
|---|---|---|---|---|
| | | | | VA 23238 |
| 519157645 | + | Email/PDF: AIS.COAF.EBN@Americaninfosource.com | Jul 15 2021 20:43:06 | Capital One Auto, PO Box 259407, Plano, TX 75025-9407 |
| 519164503 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Jul 15 2021 20:43:06 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519198259 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Jul 15 2021 20:43:06 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 519189960 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jul 15 2021 20:43:24 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519213286 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jul 15 2021 20:43:24 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519157646 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 15 2021 20:43:33 | Capital One Walmart, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519157651 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 15 2021 20:28:00 | Comenity/Big Lots, PO Box 182120, Columbus, OH 43218-2120 |
| 519157652 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 15 2021 20:28:00 | Comenity/Boscovs, PO Box 182120, Columbus, OH 43218-2120 |
| 519157653 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 15 2021 20:28:00 | Comenity/Torrid, PO Box 182789, Columbus, OH 43218-2789 |
| 519157654 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 15 2021 20:28:00 | Comenity/Wayfair, PO Box 182789, Columbus, OH 43218-2789 |
| 519157656 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 15 2021 20:43:21 | Credit One Bank, P.O. Box 98875, Las Vegas, NV 89193-8875 |
| 519203699 | | Email/Text: bnc-quantum@quantum3group.com | Jul 15 2021 20:28:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 519157663 | + | Email/Text: electronicbkydocs@nelnet.net | Jul 15 2021 20:28:00 | Department of Education/Nelnet, PO Box 82561, Lincoln, NE 68501-2561 |
| 519239363 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 15 2021 20:42:58 | Fair Square Financial LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519157676 | | Email/Text: bankruptcy@homepointfinancial.com | Jul 15 2021 20:28:00 | Homepoint, 11511 Luna Road, Suite 200, Dallas, TX 75234 |
| 519157674 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 15 2021 20:43:34 | Home Depot, PO Box 790328, Saint Louis, MO 63179-0328 |
| 519157678 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 15 2021 20:28:00 | IRS, PO Box 7317, Philadelphia, PA 19101-7317 |
| 519157680 | + | Email/Text: usanj.njbankr@usdoj.gov | Jul 15 2021 20:28:00 | IRS in c/o US Attorney, Peter Rodino Building, 970 Broad Street, Suite 700, Newark, NJ 07102-2534 |
| 519157677 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jul 15 2021 20:29:00 | Indigo, PO Box 4499, Beaverton, OR 97076-4499 |
| 519235525 | + | Email/Text: PBNCNotifications@peritusservices.com | Jul 15 2021 20:28:00 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 519157681 | | Email/Text: PBNCNotifications@peritusservices.com | Jul 15 2021 20:28:00 | Kohls/Capital One, N56 Ridgewood Drive, Menomonee Falls, WI 53051 |
| 519186127 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 15 2021 20:43:05 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519186669 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 15 2021 20:43:00 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519157685 | | Email/Text: ml-ebn@missionlane.com | Jul 15 2021 20:28:00 | Mission Lane/Tab Bank, 101 2nd Street, Ste. 350, San Francisco, CA 94105 |

Case 21-12756-ABA    Doc 40    Filed 07/17/21    Entered 07/18/21 00:15:14    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jul 15, 2021 | Form ID: plncf13 | Total Noticed: 72 |

| | | | | |
|---|---|---|---|---|
| 519157683 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 15 2021 20:43:00 | Merrick Bank Corp, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 519234909 | + | Email/PDF: ais.midfirst.ebn@americaninfosource.com | Jul 15 2021 20:43:31 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 519157686 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 15 2021 20:43:02 | Ollo Card Services, PO Box 9222, Old Bethpage, NY 11804-9222 |
| 519228859 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 15 2021 20:43:31 | Portfolio Recovery Associates, LLC, c/o AMAZON, POB 41067, Norfolk, VA 23541 |
| 519228881 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 15 2021 20:43:20 | Portfolio Recovery Associates, LLC, c/o AT HOME, POB 41067, Norfolk, VA 23541 |
| 519235943 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 15 2021 20:43:03 | Portfolio Recovery Associates, LLC, c/o Best Buy, POB 41067, Norfolk VA 23541 |
| 519228882 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 15 2021 20:43:03 | Portfolio Recovery Associates, LLC, c/o LOWES, POB 41067, Norfolk, VA 23541 |
| 519228823 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 15 2021 20:43:31 | Portfolio Recovery Associates, LLC, c/o THE HOME DEPOT, POB 41067, Norfolk, VA 23541 |
| 519227878 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 15 2021 20:28:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC; Assignee, PO Box 7999, Saint Cloud MN 56302-7999 |
| 519246388 | | Email/Text: bnc-quantum@quantum3group.com | Jul 15 2021 20:28:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519207164 | | Email/Text: bnc-quantum@quantum3group.com | Jul 15 2021 20:28:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 519246386 | | Email/Text: bnc-quantum@quantum3group.com | Jul 15 2021 20:28:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519208610 | | Email/Text: bnc-quantum@quantum3group.com | Jul 15 2021 20:28:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519157691 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 15 2021 20:43:00 | SYNCB/Lowes, PO Box 965995, Orlando, FL 32896-0001 |
| 519157688 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 15 2021 20:43:19 | Sams club, PO Box 965003, Orlando, FL 32896-5003 |
| 519239613 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 15 2021 20:43:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519158213 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 15 2021 20:43:19 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519196461 | + | Email/Text: bncmail@w-legal.com | Jul 15 2021 20:28:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 519160693 | + | Email/Text: electronicbkydocs@nelnet.net | Jul 15 2021 20:28:00 | U.S. Department of Education c/o Nelnet, 121 S 13th St, Suite 201, Lincoln, NE 68508-1911 |
| 519226344 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jul 15 2021 20:43:07 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519157695 | + | Email/Text: bk@avant.com | Jul 15 2021 20:29:00 | Webbank/Avant, 222 N LaSalle Street, Suite 1700, Chicago, IL 60601-1101 |
| 519157696 | + | Email/Text: bnc-bluestem@quantum3group.com | Jul 15 2021 20:29:00 | Webbank/Gettington, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |

TOTAL: 53

| District/off: 0312-1 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jul 15, 2021 | Form ID: plncf13 | Total Noticed: 72 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519157643 | * | Capital One, 1500 Capital One Drive, Henrico, VA 23238 |
| 519157644 | * | Capital One, 1500 Capital One Drive, Henrico, VA 23238 |
| 519157647 | *+ | Capital One Walmart, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519157655 | *+ | Comenity/Wayfair, PO Box 182789, Columbus, OH 43218-2789 |
| 519157657 | *+ | Credit One Bank, P.O. Box 98875, Las Vegas, NV 89193-8875 |
| 519157658 | *+ | Credit One Bank, P.O. Box 98875, Las Vegas, NV 89193-8875 |
| 519157659 | *+ | Credit One Bank, P.O. Box 98875, Las Vegas, NV 89193-8875 |
| 519157660 | *+ | Credit One Bank, P.O. Box 98875, Las Vegas, NV 89193-8875 |
| 519157661 | *+ | Credit One Bank, P.O. Box 98875, Las Vegas, NV 89193-8875 |
| 519157662 | *+ | Credit One Bank, P.O. Box 98875, Las Vegas, NV 89193-8875 |
| 519157664 | *+ | Department of Education/Nelnet, PO Box 82561, Lincoln, NE 68501-2561 |
| 519157665 | *+ | Department of Education/Nelnet, PO Box 82561, Lincoln, NE 68501-2561 |
| 519157666 | *+ | Department of Education/Nelnet, PO Box 82561, Lincoln, NE 68501-2561 |
| 519157667 | *+ | Department of Education/Nelnet, PO Box 82561, Lincoln, NE 68501-2561 |
| 519157668 | *+ | Department of Education/Nelnet, PO Box 82561, Lincoln, NE 68501-2561 |
| 519157675 | *+ | Home Depot, PO Box 790328, Saint Louis, MO 63179-0328 |
| 519157684 | *+ | Merrick Bank Corp, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 519157689 | *+ | Sams club, PO Box 965003, Orlando, FL 32896-5003 |

TOTAL: 0 Undeliverable, 18 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2021                Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew M. Carroll | on behalf of Joint Debtor Salvatore Rosetti AndrewCarrollEsq@gmail.com SouthJerseyBankruptcy@gmail.com |
| Andrew M. Carroll | on behalf of Debtor Kimberly A Rosetti AndrewCarrollEsq@gmail.com SouthJerseyBankruptcy@gmail.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor Home Point Financial Corporation hkaplan@rasnj.com informationathnk@aol.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6