UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Andrew M. Carroll
427 N. Packard St.
Hammonton, NJ 0803
AMC/0842

In Re:

Rosetti, Kimberly A and Salvatore

Order Filed on September 9, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:     21-12756

Chapter:     13

Judge:     Andrew B. Alter

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: September 9, 2021**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Andrew Carroll_____, the applicant, is allowed a fee of $ _____675.00_____ for services rendered and expenses in the amount of $_____0.00_____ for a total of $_____675.00_____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____13.50_____ per month for _____55_____ months to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:  
Kimberly A Rosetti  
Salvatore Rosetti  
    Debtors

Case No. 21-12756-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 09, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kimberly A Rosetti, Salvatore Rosetti, 23 S. Cedarbrook Road, Sicklerville, NJ 08081-3702 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2021            Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew M. Carroll | on behalf of Joint Debtor Salvatore Rosetti AndrewCarrollEsq@gmail.com SouthJerseyBankruptcy@gmail.com |
| Andrew M. Carroll | on behalf of Debtor Kimberly A Rosetti AndrewCarrollEsq@gmail.com SouthJerseyBankruptcy@gmail.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor Home Point Financial Corporation hkaplan@rasnj.com informationathnk@aol.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| U.S. Trustee | |

District/off: 0312-1 | User: admin | Page 2 of 2
Date Rcvd: Sep 09, 2021 | Form ID: pdf903 | Total Noticed: 1

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6