UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MidFirst Bank

In Re:

Salvatore Rosetti & Kimberly Rosetti,

Debtors.

Case No.:        21-12756-ABA

Chapter:              13

Hearing Date:     9/28/2021

Judge:            Altenburg

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled         ☐ Withdrawn

Matter: Motion for Relief from Stay re: 23 South Cedarbrook Road (Docket # 41)

_____

Date: 9/22/2021

/s/ Denise Carlon
Signature

*rev.8/1/15*