UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

Caption in compliance with D.N.J. LBR 9004-2(c)

Mester & Schwartz, P.C.
Jason Brett Schwartz, Esquire
Bar No. 4217
1917 Brown Street
Philadelphia, PA 19130
(267) 909-9036

Case No.: 21-12756-ABA

Chapter 13

**In Re:**

**KIMBERLY A. ROSETTI and SALVATORE ROSETTI,**

**Debtors**

Hearing Date: December 7, 2021

Judge: Andrew B. Altenburg Jr.

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

✓ Settled      ☐ Withdrawn

Matter: Motion for Relief from Automatic Stay

---

Date: December 6, 2021            /s/ Jason Brett Schwartz
                                  Signature