Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                Case No.:   21−12756−ABA
                Chapter:   13
                Judge:   Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Kimberly A Rosetti                             Salvatore Rosetti
   aka Kimberly Anne Rosetti               23 S. Cedarbrook Road
   23 S. Cedarbrook Road                  Sicklerville, NJ 08081
   Sicklerville, NJ 08081

Social Security No.:
   xxx−xx−6874                                 xxx−xx−0100

Employer's Tax I.D. No.:

## NOTICE OF HEARING

    NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:                 May 17, 2022
Time:                10:00 AM
Location:        Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*62* − Certification in Opposition to (related document:61 Creditor's Certification of Default (related document:41 Motion for Relief from Stay re: re:23 South Cedarbrook Road, Sicklerville, NJ 08081. Fee Amount $ 188. filed by Creditor MIDFIRST BANK, 51 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of MIDFIRST BANK. Objection deadline is 04/29/2022. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) filed by Creditor MIDFIRST BANK) filed by Andrew M. Carroll on behalf of Kimberly A Rosetti, Salvatore Rosetti. (Attachments: # 1 Exhibit) (Carroll, Andrew)

and transact such other business as may properly come before the meeting.


Dated: April 22, 2022
JAN: lgr

                                                                                    Jeanne Naughton
                                                                                    Clerk