Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                      Case No.:  21−12756−ABA
                      Chapter:  13
                      Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kimberly A Rosetti                                Salvatore Rosetti
   aka Kimberly Anne Rosetti                   23 S. Cedarbrook Road
   23 S. Cedarbrook Road                       Sicklerville, NJ 08081
   Sicklerville, NJ 08081

Social Security No.:
   xxx−xx−6874                                     xxx−xx−0100

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

      NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Andrew B. Altenburg Jr. on:

Date:     5/26/22
Time:    02:00 PM
Location:   Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

     The following applications for compensation have been filed:

APPLICANT(S)
Andrew M. Carroll, Debtor's Attorney, period: 4/4/2021 to 4/22/2022.

COMMISSION OR FEES
fee: $1,400.00.

EXPENSES
expenses: $0.00.

If this is a chapter 13 case, the fees and expenses awarded:

      ☑    will not reduce the amount to be paid to general unsecured creditors under the plan.

      ☐    will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

     An appearance is not required on an application for compensation unless an objection is filed.

Dated: April 22, 2022
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Kimberly A Rosetti  
Salvatore Rosetti  
    Debtors

Case No. 21-12756-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 5  
Date Rcvd: Apr 22, 2022      Form ID: 137      Total Noticed: 73

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kimberly A Rosetti, Salvatore Rosetti, 23 S. Cedarbrook Road, Sicklerville, NJ 08081-3702 |
| 519157650 | + | Comenity Bank/Burlington Coat Factory, PO Box 182120, Columbus, OH 43218-2120 |
| 519157669 | + | Equifax, Attn: Bankruptcy Dept., P.O. Box 740241, Atlanta, GA 30374-0241 |
| 519157670 | + | Experian, Attn: Bankruptcy Dept., P.O. Box 2002, Allen, TX 75013-2002 |
| 519202634 | + | Home Point Financial Corporation, ROBERTSON, ANSCHUTZ, SCHNEID,, CRANE & PARTNERS, PLLC, 130 CLINTON RD #202, FAIRFIELD, NJ 07004-2927 |
| 519157679 | + | IRS, Attorney General of US, US DOJ, 950 Pennsylvania Avenue, NW, Washington, DC 20503-0001 |
| 519157682 | + | Macy's, 151 W 34th Street, New York, NY 10001-2101 |
| 519157687 | + | Petal Card, Inc., PO Box 105168, Atlanta, GA 30348-5168 |
| 519157690 | + | Sync/At Home PLCC, PO Box 965013, Orlando, FL 32896-5013 |
| 519157692 | | TBOM/Aspire, PO Box 1055555, SW # 1340, Atlanta, GA 30348 |
| 519157693 | + | TD Bank, NA, 2035 Limestone Road, Wilmington, DE 19808-5529 |
| 519157694 | | Transunion, Attn: Bankruptcy Dept., P.O. Box 1000, Crum Lynne, PA 19022 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 22 2022 20:36:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 22 2022 20:36:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 22 2022 20:41:33 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: RASEBN@raslg.com | Apr 22 2022 20:36:00 | Home Point Financial Corporation, Robertson, Anschutz, Schneid, Crane & Pa, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 519157637 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 22 2022 20:41:33 | Amazon/PLCC, PO Box 965015, Orlando, FL 32896-5015 |
| 519157638 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 22 2022 20:41:34 | Ashley's Furniture, 965036, Orlando, FL 32896-0001 |
| 519157641 | | Email/Text: BNBSB@capitalsvcs.com | Apr 22 2022 20:36:00 | Bryant State, 500 E. 60th Street North, Sioux Falls, SD 57104 |
| 519157639 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Apr 22 2022 20:36:00 | Best Buy, PO Box 49352, San Jose, CA 95161-9352 |
| 519157640 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 22 2022 20:36:00 | Big Lots Comenity Bank, PO Box 183003, Columbus, OH 43218-3003 |
| 519157648 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 22 2022 20:41:27 | CBNA, 50 N.W. Point Road, Elk Grove Village, IL 60007 |

| Recipient ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 519157642 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 22 2022 20:41:16 | Capital One, 1500 Capital One Drive, Henrico, VA 23238 |
| 519157645 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Apr 22 2022 20:41:34 | Capital One Auto, PO Box 259407, Plano, TX 75025-9407 |
| 519164503 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 22 2022 20:41:35 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519198259 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 22 2022 20:41:35 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 519189960 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 22 2022 20:41:15 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519213286 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 22 2022 20:41:15 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519157646 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 22 2022 20:41:24 | Capital One Walmart, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519157649 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 22 2022 20:41:26 | Citbank CBNA, 701 E 60th Street North, Sioux Falls, SD 57104-0432 |
| 519157651 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 22 2022 20:36:00 | Comenity/Big Lots, PO Box 182120, Columbus, OH 43218-2120 |
| 519157652 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 22 2022 20:36:00 | Comenity/Boscovs, PO Box 182120, Columbus, OH 43218-2120 |
| 519157653 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 22 2022 20:36:00 | Comenity/Torrid, PO Box 182789, Columbus, OH 43218-2789 |
| 519157654 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 22 2022 20:36:00 | Comenity/Wayfair, PO Box 182789, Columbus, OH 43218-2789 |
| 519157656 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 22 2022 20:41:15 | Credit One Bank, P.O. Box 98875, Las Vegas, NV 89193-8875 |
| 519203699 | | Email/Text: bnc-quantum@quantum3group.com | Apr 22 2022 20:36:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 519157663 | + | Email/Text: electronicbkydocs@nelnet.net | Apr 22 2022 20:36:00 | Department of Education/Nelnet, PO Box 82561, Lincoln, NE 68501-2561 |
| 519157671 | | Email/Text: BNSFN@capitalsvcs.com | Apr 22 2022 20:36:00 | First National Credit, 500 East 60th Street North, Sioux Falls, SD 57104 |
| 519157673 | | Email/Text: BNBLAZE@capitalsvcs.com | Apr 22 2022 20:36:00 | First Savings Bank Blaze, 500 E. 60th Street, Sioux Falls, SD 57104 |
| 519239363 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 22 2022 20:41:33 | Fair Square Financial LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519157672 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 22 2022 20:41:33 | First Premier Bank, 601 S. Minnesota Road, Sioux Falls, SD 57104-4868 |
| 519157676 | | Email/Text: bankruptcy@homepointfinancial.com | Apr 22 2022 20:36:00 | Homepoint, 11511 Luna Road, Suite 200, Dallas, TX 75234 |
| 519157674 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 22 2022 20:41:35 | Home Depot, PO Box 790328, Saint Louis, MO 63179-0328 |
| 519157678 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 22 2022 20:36:00 | IRS, PO Box 7317, Philadelphia, PA 19101-7317 |
| 519157680 | + | Email/Text: usanj.njbankr@usdoj.gov | Apr 22 2022 20:36:00 | IRS in c/o US Attorney, Peter Rodino Building, 970 Broad Street, Suite 700, Newark, NJ 07102-2534 |
| 519157677 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Apr 22 2022 20:37:44 | Indigo, PO Box 4499, Beaverton, OR 97076-4499 |
| 519235525 | + | Email/Text: PBNCNotifications@peritusservices.com | | |

Case 21-12756-ABA   Doc 66   Filed 04/24/22   Entered 04/25/22 00:15:24   Desc Imaged
                         Certificate of Notice    Page 5 of 7

| District/off: 0312-1 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Apr 22, 2022 | Form ID: 137 | Total Noticed: 73 |

| | | | | |
|---|---|---|---|---|
| 519157681 | | Email/Text: PBNCNotifications@peritusservices.com | Apr 22 2022 20:36:00 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| | | | Apr 22 2022 20:36:00 | Kohls/Capital One, N56 Ridgewood Drive, Menomonee Falls, WI 53051 |
| 519186127 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 22 2022 20:41:16 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519186669 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 22 2022 20:41:13 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519157685 | | Email/Text: ml-ebn@missionlane.com | Apr 22 2022 20:36:00 | Mission Lane/Tab Bank, 101 2nd Street, Ste. 350, San Francisco, CA 94105 |
| 519157683 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 22 2022 20:41:22 | Merrick Bank Corp, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 519234909 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Apr 22 2022 20:41:22 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 519157686 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 22 2022 20:41:13 | Ollo Card Services, PO Box 9222, Old Bethpage, NY 11804-9222 |
| 519228859 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 22 2022 20:41:15 | Portfolio Recovery Associates, LLC, c/o AMAZON, POB 41067, Norfolk, VA 23541 |
| 519228881 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 22 2022 20:41:15 | Portfolio Recovery Associates, LLC, c/o AT HOME, POB 41067, Norfolk, VA 23541 |
| 519235943 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 22 2022 20:41:34 | Portfolio Recovery Associates, LLC, c/o Best Buy, POB 41067, Norfolk VA 23541 |
| 519228882 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 22 2022 20:41:34 | Portfolio Recovery Associates, LLC, c/o LOWES, POB 41067, Norfolk, VA 23541 |
| 519228823 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 22 2022 20:41:34 | Portfolio Recovery Associates, LLC, c/o THE HOME DEPOT, POB 41067, Norfolk, VA 23541 |
| 519227878 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 22 2022 20:36:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC; Assignee, PO Box 7999, Saint Cloud MN 56302-7999 |
| 519246388 | | Email/Text: bnc-quantum@quantum3group.com | Apr 22 2022 20:36:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519207164 | | Email/Text: bnc-quantum@quantum3group.com | Apr 22 2022 20:36:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 519246386 | | Email/Text: bnc-quantum@quantum3group.com | Apr 22 2022 20:36:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519208610 | | Email/Text: bnc-quantum@quantum3group.com | Apr 22 2022 20:36:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519157691 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 22 2022 20:41:14 | SYNCB/Lowes, PO Box 965995, Orlando, FL 32896-0001 |
| 519157688 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 22 2022 20:41:33 | Sams club, PO Box 965003, Orlando, FL 32896-5003 |
| 519239613 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 22 2022 20:41:33 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519158213 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 22 2022 20:41:14 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519196461 | + | Email/Text: bncmail@w-legal.com | Apr 22 2022 20:36:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 519160693 | + | Email/Text: electronicbkydocs@nelnet.net | Apr 22 2022 20:36:00 | U.S. Department of Education c/o Nelnet, 121 S |

| District/off: 0312-1 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Apr 22, 2022 | Form ID: 137 | Total Noticed: 73 |

| Recip ID | Bypass Reason | | Delivery info | Name and Address |
|---|---|---|---|---|
| 519226344 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 22 2022 20:41:24 | 13th St, Suite 201, Lincoln, NE 68508-1911<br>Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519157695 | + | Email/Text: bk@avant.com | Apr 22 2022 20:37:00 | Webbank/Avant, 222 N LaSalle Street, Suite 1700, Chicago, IL 60601-1101 |
| 519157696 | + | Email/Text: bnc-bluestem@quantum3group.com | Apr 22 2022 20:37:00 | Webbank/Gettington, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |

TOTAL: 61

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519157643 | * | Capital One, 1500 Capital One Drive, Henrico, VA 23238 |
| 519157644 | * | Capital One, 1500 Capital One Drive, Henrico, VA 23238 |
| 519157647 | *+ | Capital One Walmart, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519157655 | *+ | Comenity/Wayfair, PO Box 182789, Columbus, OH 43218-2789 |
| 519157657 | *+ | Credit One Bank, P.O. Box 98875, Las Vegas, NV 89193-8875 |
| 519157658 | *+ | Credit One Bank, P.O. Box 98875, Las Vegas, NV 89193-8875 |
| 519157659 | *+ | Credit One Bank, P.O. Box 98875, Las Vegas, NV 89193-8875 |
| 519157660 | *+ | Credit One Bank, P.O. Box 98875, Las Vegas, NV 89193-8875 |
| 519157661 | *+ | Credit One Bank, P.O. Box 98875, Las Vegas, NV 89193-8875 |
| 519157662 | *+ | Credit One Bank, P.O. Box 98875, Las Vegas, NV 89193-8875 |
| 519157664 | *+ | Department of Education/Nelnet, PO Box 82561, Lincoln, NE 68501-2561 |
| 519157665 | *+ | Department of Education/Nelnet, PO Box 82561, Lincoln, NE 68501-2561 |
| 519157666 | *+ | Department of Education/Nelnet, PO Box 82561, Lincoln, NE 68501-2561 |
| 519157667 | *+ | Department of Education/Nelnet, PO Box 82561, Lincoln, NE 68501-2561 |
| 519157668 | *+ | Department of Education/Nelnet, PO Box 82561, Lincoln, NE 68501-2561 |
| 519157675 | *+ | Home Depot, PO Box 790328, Saint Louis, MO 63179-0328 |
| 519157684 | *+ | Merrick Bank Corp, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 519157689 | *+ | Sams club, PO Box 965003, Orlando, FL 32896-5003 |

TOTAL: 0 Undeliverable, 18 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 24, 2022        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew M. Carroll | on behalf of Debtor Kimberly A Rosetti AndrewCarrollEsq@gmail.com SouthJerseyBankruptcy@gmail.com |
| Andrew M. Carroll | on behalf of Joint Debtor Salvatore Rosetti AndrewCarrollEsq@gmail.com SouthJerseyBankruptcy@gmail.com |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 5 of 5 |
| Date Rcvd: Apr 22, 2022 | Form ID: 137 | Total Noticed: 73 |

Denise E. Carlon
    on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Harold N. Kaplan
    on behalf of Creditor Home Point Financial Corporation hkaplan@rasnj.com informationathnk@aol.com

Isabel C. Balboa
    ecfmail@standingtrustee.com summarymail@standingtrustee.com

Isabel C. Balboa
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com

Jason Brett Schwartz
    on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A. jschwartz@mesterschwartz.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8