---

DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

**OFFICE OF THE CHAPTER 13 STANDING TRUSTEE**
Isabel C. Balboa, Esquire (IB 4082)
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, New Jersey 08002
(856) 663-5002

---

In Re:

        Kimberly A. Rosetti
        Salvatore Rosetti

                        Debtor (s)'

Case No. 21-12756 (ABA)

Judge: Andrew B. Altenburg, Jr.

**STIPULATION ADJUSTING TRUSTEE PAYMENTS**

---

**WHEREAS**, a review of Debtor's case by the Chapter 13 Standing Trustee's Office revealed that Debtor's monthly Trustee payments should be recalculated and good cause having been shown, and

**WHEREAS**, the Trustee and Debtor's counsel have agreed to resolve the adjustment in Trustee payments by this Stipulation;

**NOW THEREFORE**, the Trustee and counsel for Debtor hereby agree as follow: Debtor's case be and is hereby allowed to continue at $6,939.00 total receipts applied to plan, then $623.00 per month for the remaining twenty-four (24) months, commencing May 1, 2022, for a total of thirty-six (36) months.

**IT IS STIPULATED** that all other terms set forth in the Order Confirming Plan entered on July 14, 2021, remain in effect.

---

_____
Andrew M. Carroll, Esquire
Attorney for Debtor

Dated:

/s/ Isabel C. Balboa
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated: 5/19/2022

---

Cherry Tree Corporate Center
535 Route 38
Suite 580
Cherry Hill, NJ 08002
(856) 663-5002

Payments Only:

P.O. Box 1978
Memphis, TN 38101-1978