UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Andrew M. Carroll
427 N. Packard St.
Hammonton, NJ 0803
AMC/0842

Order Filed on May 26, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Rosetti, Kimberly A and Salvatore

Case No.: 21-12756

Chapter: 13

Judge: Andrew B. Alter

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: May 26, 2022**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Andrew Carroll_____, the applicant, is allowed a fee of $ _____1,400.00_____ for services rendered and expenses in the amount of $_____0.00_____ for a total of $_____1,400._____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____664.00_____ per month for _____24_____ months to allow for payment of the above fee.

*rev.8/1/15*