# EXHIBIT B

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J.LBR 9004-1<br>Brian C. Nicholas<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>Main Phone:609-250-0700<br>bnicholas@kmllawgroup.com<br>MidFirst Bank | CASE NO. 21-12756 ABA<br>CHAPTER 13<br>Judge: Andrew B. Altenburg Jr. |

In re:

Salvatore Rosetti
Kimberly A. Rosetti AKA Kimberly Anne Rosetti

## CERTIFICATE RE POST-PETITION PAYMENT HISTORY ON THE NOTE AND MORTGAGE DATED 6/28/2019

I, **Leah Pattison**, employed as **Vice President** by MidFirst Bank, hereby certifies the following information:

Recorded on July 17, 2019 in Camden County, in Book 11171, at Page 95.
Property Address: 23 South Cedarbrook Road, Sicklerville NJ 08081.

Mortgage Holder: MidFirst Bank

Mortgagor(s)/ Debtor(s): Salvatore Rosetti, Kimberly A. Rosetti

POST-PETITION PAYMENTS (Petition filed on April 04, 2021)

| Amount Due | Date pymt was due | How Pymt was Applied (mo/yr) | Amount Received | Date Pymt Rec'd | Suspense Balance |
|---|---|---|---|---|---|
| Agreed Order entered 05/18/2022. | | | | | $4,755.73 |
| $1,591.11 | 03/01/2022 | 03/2022 | From Suspense | 05/02/2022 | $3,164.62 |
| $785.93 | | Agreed Order | From Suspense | 05/02/2022 | $2,378.69 |
| $785.94 | | Agreed Order | From Suspense | 05/02/2022 | $1,592.75 |
| $1,591.11 | 04/01/2022 | 04/2022 | From Suspense | 05/06/2022 | $1.64 |
| | | To Suspense | $800.00 | 06/27/2022 | $801.64 |
| $1,591.11 | 05/01/2022 | | $0.00 | | $801.64 |
| $1,591.11 | 06/01/2022 | | $0.00 | | $801.64 |
| Total Due: $7,936.31 | | Total Received + Suspense: $5,555.73 | | Arrears: $2,380.58 | |

Continue on attached sheets if necessary.

Monthly payments past due: 2 mos. X $1,591.11
Arrears: $2,380.58

Each current monthly payment is comprised of:
Effective as of June 30, 2022, the current monthly payment is comprised of:

> Each current monthly payment is comprised of:
> Principal & Interest: $887.48
> R.E. Taxes: $
> Insurance: $
> Other: $703.63          (Specify: escrow)
> TOTAL $1,591.11

If the monthly payment has changed during the pendency of the case, please explain (attach separate sheet(s) if necessary)

<u>Notices of Mortgage Payment Change: Filed 8/3/2021 effective 9/1/2021.</u>

PRE-PETITION ARREARS: $9,205.07

I certify under penalty of perjury that the foregoing is true and correct.

Dated: 07-11-2022

Signature

**Leah Pattison    Vice President**