UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR-9004-1**

| |
|---|
| KML Law Group, P.C. |
| By: Brian C. Nicholas, Esquire |
| 701 Market Street, Suite 5000 |
| Philadelphia, PA 19106 |
| 201-549-2363 |
| Attorneys for Secured Creditor: MidFirst Bank |

In Re:
Salvatore Rosetti
Kimberly A. Rosetti AKA Kimberly Anne Rosetti
    Debtor(s)

Case No: 21-12756 ABA

Chapter: 13

Judge: Andrew B. Altenburg Jr.

### CERTIFICATION OF SERVICE

1. I, Thomas Diruscio:

   ☐ Represent the _____ in the above-captioned matter.

   ☒ am the secretary/paralegal for Brian C. Nicholas, who represents the Secured Creditor in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On 07/12/2022, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   - Certification of Default
   - Proposed Order
   - Exhibits
   - Certification of Service

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: 07/12/2022    /S/Thomas Diruscio

| Name and Address of Party Served | Relation of Party to the Case | Mode of Service |
|---|---|---|
| Salvatore Rosetti<br>23 South Cedarbrook Road<br>Sicklerville, NJ 08081<br>Kimberly A. Rosetti AKA<br>Kimberly Anne Rosetti<br>23 South Cedarbrook Road<br>Sicklerville, NJ 08081 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Andrew M. Carroll<br>Andrew M. Carroll, Esq.<br>427 North Packard Street<br>Hammonton, NJ 08037 | Attorney for Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Isabel C. Balboa Esq.<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center -<br>535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002 | Chapter 13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |