Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 21−12756−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Kimberly A Rosetti                                   Salvatore Rosetti
   aka Kimberly Anne Rosetti                 23 S. Cedarbrook Road
   23 S. Cedarbrook Road                     Sicklerville, NJ 08081
   Sicklerville, NJ 08081

Social Security No.:
   xxx−xx−6874                                      xxx−xx−0100

Employer's Tax I.D. No.:

## NOTICE OF HEARING

     NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:                 August 23, 2022
Time:                10:00 AM
Location:       Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

**75** – Certification in Opposition to Certification of Default (related document:74 Creditor's Certification of Default (related document:41 Motion for Relief from Stay re: re:23 South Cedarbrook Road, Sicklerville, NJ 08081. Fee Amount $ 188. filed by Creditor MIDFIRST BANK, 61 Creditor's Certification of Default filed by Creditor MIDFIRST BANK, 69 Order (Generic)) filed by Brian C. Nicholas on behalf of MIDFIRST BANK. Objection deadline is 07/26/2022. (Attachments: # 1 Exhibit Exhibit A Stipulation # 2 Exhibit Exhibit B Affidavit # 3 Proposed Order # 4 Certificate of Service) filed by Creditor MIDFIRST BANK) filed by Andrew M. Carroll on behalf of Kimberly A Rosetti, Salvatore Rosetti. (Attachments: # 1 Exhibit) (Carroll, Andrew)

and transact such other business as may properly come before the meeting.

Dated: July 27, 2022
JAN: lgr

                                                                                                 Jeanne Naughton
                                                                                                 Clerk