UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MidFirst Bank

In Re:

Salvatore Rosetti & Kimberly Rosetti,

Debtors.

Case No.:      21-12756-ABA

Chapter:              13

Hearing Date:     8/23/2022

Judge:              Altenburg

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled            ☐ Withdrawn

Matter: Secured Creditor's Certification of Default (Docket # 74)

Date: 8/17/2022

/s/ Denise Carlon
Signature

*rev.8/1/15*