UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Andrew M. Carroll
427 N. Packard St.
Hammonton, NJ 0803
AMC/0842

In Re:

Rosetti, Kimberly A and Salvatore

Order Filed on November 2, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 21-12756

Chapter: 13

Judge: Andrew B. Alter

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: November 2, 2022**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____ Andrew Carroll _____, the applicant, is allowed a fee of $ _____ 875.00 _____ for services rendered and expenses in the amount of $ _____ 0.00 _____ for a total of $ _____ 875.00 _____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $ _____ 735.00 _____ per month for _____ 19 _____ months to allow for payment of the above fee.

*rev.8/1/15*