Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 21−12756−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Kimberly A Rosetti | Salvatore Rosetti |
| aka Kimberly Anne Rosetti | 23 S. Cedarbrook Road |
| 23 S. Cedarbrook Road | Sicklerville, NJ 08081 |
| Sicklerville, NJ 08081 | |

Social Security No.:
   xxx−xx−6874                                      xxx−xx−0100

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

on 10/20/23 at 09:00 AM

to consider and act upon the following:

*89* – Certification in Opposition to (related document:88 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Isabel C. Balboa. Objection deadline is 09/25/2023. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Isabel C. Balboa) filed by Andrew M. Carroll on behalf of Kimberly A Rosetti, Salvatore Rosetti. (Attachments: # 1 Exhibit) (Carroll, Andrew)

Dated: 9/26/23

                                                  Jeanne Naughton
                                                  Clerk, U.S. Bankruptcy Court