Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 21−12756−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Kimberly A Rosetti
aka Kimberly Anne Rosetti
23 S. Cedarbrook Road
Sicklerville, NJ 08081

Salvatore Rosetti
23 S. Cedarbrook Road
Sicklerville, NJ 08081

Social Security No.:
xxx−xx−6874

xxx−xx−0100

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on July 15, 2021.

On 10/18/2023 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on:

Date:                November 29, 2023
Time:                10:00 AM
Location:            Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: October 19, 2023
JAN: lgr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-12756-ABA |
| Kimberly A Rosetti | Chapter 13 |
| Salvatore Rosetti | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 5 |
| Date Rcvd: Oct 19, 2023 | Form ID: 185 | Total Noticed: 75 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kimberly A Rosetti, Salvatore Rosetti, 23 S. Cedarbrook Road, Sicklerville, NJ 08081-3702 |
| 519157650 | + | Comenity Bank/Burlington Coat Factory, PO Box 182120, Columbus, OH 43218-2120 |
| 519157679 | + | IRS, Attorney General of US, US DOJ, 950 Pennsylvania Avenue, NW, Washington, DC 20503-0001 |
| 519157682 | + | Macy's, 151 W 34th Street, New York, NY 10001-2101 |
| 519157690 | + | Sync/At Home PLCC, PO Box 965013, Orlando, FL 32896-5013 |
| 519157692 | | TBOM/Aspire, PO Box 1055555, SW # 1340, Atlanta, GA 30348 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 19 2023 21:03:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 19 2023 21:03:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 19 2023 21:22:34 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: RASEBN@raslg.com | Oct 19 2023 21:01:00 | Home Point Financial Corporation, Robertson, Anschutz, Schneid, Crane & Pa, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 519157637 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 19 2023 20:59:21 | Amazon/PLCC, PO Box 965015, Orlando, FL 32896-5015 |
| 519157638 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 19 2023 21:00:21 | Ashley's Furniture, 965036, Orlando, FL 32896-0001 |
| 519157641 | | Email/Text: BNBSB@capitalsvcs.com | Oct 19 2023 21:01:00 | Bryant State, 500 E. 60th Street North, Sioux Falls, SD 57104 |
| 519157639 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Oct 19 2023 21:00:00 | Best Buy, PO Box 49352, San Jose, CA 95161-9352 |
| 519157640 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 19 2023 21:02:00 | Big Lots Comenity Bank, PO Box 183003, Columbus, OH 43218-3003 |
| 519157648 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 19 2023 20:59:43 | CBNA, 50 N.W. Point Road, Elk Grove Village, IL 60007 |
| 519157642 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 19 2023 20:59:40 | Capital One, 1500 Capital One Drive, Henrico, VA 23238 |
| 519157645 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Oct 19 2023 21:11:06 | Capital One Auto, PO Box 259407, Plano, TX 75025-9407 |
| 519164503 | + | Email/PDF: acg.acg.ebn@aisinfo.com | | |

Case 21-12756-ABA    Doc 95    Filed 10/21/23    Entered 10/22/23 00:18:10    Desc Imaged
                        Certificate of Notice         Page 3 of 6

| District/off: 0312-1 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Oct 19, 2023 | Form ID: 185 | Total Noticed: 75 |

| | | | | |
|---|---|---|---|---|
| | | | Oct 19 2023 21:00:26 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519198259 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 19 2023 21:11:01 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 519189960 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 19 2023 21:23:10 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519213286 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 19 2023 20:59:45 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519157646 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 19 2023 20:59:22 | Capital One Walmart, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519157649 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 19 2023 21:10:53 | Citbank CBNA, 701 E 60th Street North, Sioux Falls, SD 57104-0432 |
| 519157651 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 19 2023 21:02:00 | Comenity/Big Lots, PO Box 182120, Columbus, OH 43218-2120 |
| 519157652 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 19 2023 21:02:00 | Comenity/Boscovs, PO Box 182120, Columbus, OH 43218-2120 |
| 519157653 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 19 2023 21:02:00 | Comenity/Torrid, PO Box 182789, Columbus, OH 43218-2789 |
| 519157654 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 19 2023 21:02:00 | Comenity/Wayfair, PO Box 182789, Columbus, OH 43218-2789 |
| 519157656 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 19 2023 20:59:41 | Credit One Bank, P.O. Box 98875, Las Vegas, NV 89193-8875 |
| 519203699 | | Email/Text: bnc-quantum@quantum3group.com | Oct 19 2023 21:03:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 519157663 | + | Email/Text: electronicbkydocs@nelnet.net | Oct 19 2023 21:03:00 | Department of Education/Nelnet, PO Box 82561, Lincoln, NE 68501-2561 |
| 519157669 | | Email/Text: bankruptcycourts@equifax.com | Oct 19 2023 21:02:00 | Equifax, Attn: Bankruptcy Dept., P.O. Box 740241, Atlanta, GA 30374 |
| 519157670 | ^ | MEBN | Oct 19 2023 20:51:22 | Experian, Attn: Bankruptcy Dept., P.O. Box 2002, Allen, TX 75013-2002 |
| 519157671 | | Email/Text: BNSFN@capitalsvcs.com | Oct 19 2023 21:01:00 | First National Credit, 500 East 60th Street North, Sioux Falls, SD 57104 |
| 519157673 | | Email/Text: BNBLAZE@capitalsvcs.com | Oct 19 2023 21:01:00 | First Savings Bank Blaze, 500 E. 60th Street, Sioux Falls, SD 57104 |
| 519239363 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 19 2023 21:11:01 | Fair Square Financial LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519157672 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Oct 19 2023 21:22:32 | First Premier Bank, 601 S. Minnesota Road, Sioux Falls, SD 57104-4868 |
| 519157676 | | Email/Text: bankruptcy@homepointfinancial.com | Oct 19 2023 21:01:00 | Homepoint, 11511 Luna Road, Suite 200, Dallas, TX 75234 |
| 519157674 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 19 2023 21:10:38 | Home Depot, PO Box 790328, Saint Louis, MO 63179-0328 |
| 519202634 | + | Email/Text: RASEBN@raslg.com | Oct 19 2023 21:01:00 | Home Point Financial Corporation, ROBERTSON, ANSCHUTZ, SCHNEID,, CRANE & PARTNERS, PLLC, 130 CLINTON RD #202, FAIRFIELD, NJ 07004-2927 |
| 519157678 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 19 2023 21:02:00 | IRS, PO Box 7317, Philadelphia, PA 19101-7317 |
| 519157680 | + | Email/Text: usanj.njbankr@usdoj.gov | Oct 19 2023 21:03:00 | IRS in c/o US Attorney, Peter Rodino Building, 970 Broad Street, Suite 700, Newark, NJ 07102-2534 |

Case 21-12756-ABA    Doc 95    Filed 10/21/23    Entered 10/22/23 00:18:10    Desc Imaged
                       Certificate of Notice    Page 4 of 6

| District/off: 0312-1 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Oct 19, 2023 | Form ID: 185 | Total Noticed: 75 |

| Recipient ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 519157677 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Oct 19 2023 21:04:00 | Indigo, PO Box 4499, Beaverton, OR 97076-4499 |
| 519235525 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 19 2023 21:01:00 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 519157681 | | Email/Text: PBNCNotifications@peritusservices.com | Oct 19 2023 21:01:00 | Kohls/Capital One, N56 Ridgewood Drive, Menomonee Falls, WI 53051 |
| 519921090 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 19 2023 21:10:49 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 519921091 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 19 2023 21:11:01 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 519186127 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 19 2023 21:10:40 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519186669 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 19 2023 21:10:55 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519157685 | | Email/Text: ml-ebn@missionlane.com | Oct 19 2023 21:00:00 | Mission Lane/Tab Bank, 101 2nd Street, Ste. 350, San Francisco, CA 94105 |
| 519157683 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 19 2023 21:22:26 | Merrick Bank Corp, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 519234909 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Oct 19 2023 21:22:33 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 519157686 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 19 2023 20:59:22 | Ollo Card Services, PO Box 9222, Old Bethpage, NY 11804-9222 |
| 519228859 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 19 2023 21:33:49 | Portfolio Recovery Associates, LLC, c/o AMAZON, POB 41067, Norfolk, VA 23541 |
| 519228881 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 19 2023 21:00:25 | Portfolio Recovery Associates, LLC, c/o AT HOME, POB 41067, Norfolk, VA 23541 |
| 519235943 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 19 2023 21:00:25 | Portfolio Recovery Associates, LLC, c/o Best Buy, POB 41067, Norfolk VA 23541 |
| 519228882 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 19 2023 20:59:23 | Portfolio Recovery Associates, LLC, c/o LOWES, POB 41067, Norfolk, VA 23541 |
| 519228823 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 19 2023 20:59:44 | Portfolio Recovery Associates, LLC, c/o THE HOME DEPOT, POB 41067, Norfolk, VA 23541 |
| 519157687 | + | Email/Text: bankruptcy@petalcard.com | Oct 19 2023 21:02:00 | Petal Card, Inc., PO Box 105168, Atlanta, GA 30348-5168 |
| 519227878 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 19 2023 21:03:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC; Assignee, PO Box 7999, Saint Cloud MN 56302-7999 |
| 519246388 | | Email/Text: bnc-quantum@quantum3group.com | Oct 19 2023 21:03:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519207164 | | Email/Text: bnc-quantum@quantum3group.com | Oct 19 2023 21:03:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 519246386 | | Email/Text: bnc-quantum@quantum3group.com | Oct 19 2023 21:03:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519208610 | | Email/Text: bnc-quantum@quantum3group.com | Oct 19 2023 21:03:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519157691 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 19 2023 21:23:04 | SYNCB/Lowes, PO Box 965995, Orlando, FL 32896-0001 |
| 519157688 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 19 2023 21:10:53 | Sams club, PO Box 965003, Orlando, FL 32896-5003 |

| District/off: 0312-1 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Oct 19, 2023 | Form ID: 185 | Total Noticed: 75 |

| | | | | |
|---|---|---|---|---|
| 519239613 | + Email/PDF: ais.sync.ebn@aisinfo.com | | Oct 19 2023 21:00:26 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519158213 | + Email/PDF: ais.sync.ebn@aisinfo.com | | Oct 19 2023 21:22:47 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519196461 | + Email/Text: bncmail@w-legal.com | | Oct 19 2023 21:03:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 519157693 | ^ MEBN | | Oct 19 2023 20:52:30 | TD Bank, NA, 2035 Limestone Road, Wilmington, DE 19808-5529 |
| 519157694 | ^ MEBN | | Oct 19 2023 20:51:03 | Transunion, Attn: Bankruptcy Dept., P.O. Box 1000, Crum Lynne, PA 19022 |
| 519160693 | + Email/Text: electronicbkydocs@nelnet.net | | Oct 19 2023 21:03:00 | U.S. Department of Education c/o Nelnet, 121 S 13th St, Suite 201, Lincoln, NE 68508-1911 |
| 519226344 | + Email/PDF: ebn_ais@aisinfo.com | | Oct 19 2023 21:44:38 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519157695 | + Email/Text: bk@avant.com | | Oct 19 2023 21:03:00 | Webbank/Avant, 222 N LaSalle Street, Suite 1700, Chicago, IL 60601-1101 |
| 519157696 | + Email/Text: bnc-bluestem@quantum3group.com | | Oct 19 2023 21:03:00 | Webbank/Gettington, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |

TOTAL: 69

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519157643 | * | Capital One, 1500 Capital One Drive, Henrico, VA 23238 |
| 519157644 | * | Capital One, 1500 Capital One Drive, Henrico, VA 23238 |
| 519157647 | *+ | Capital One Walmart, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519157655 | *+ | Comenity/Wayfair, PO Box 182789, Columbus, OH 43218-2789 |
| 519157657 | *+ | Credit One Bank, P.O. Box 98875, Las Vegas, NV 89193-8875 |
| 519157658 | *+ | Credit One Bank, P.O. Box 98875, Las Vegas, NV 89193-8875 |
| 519157659 | *+ | Credit One Bank, P.O. Box 98875, Las Vegas, NV 89193-8875 |
| 519157660 | *+ | Credit One Bank, P.O. Box 98875, Las Vegas, NV 89193-8875 |
| 519157661 | *+ | Credit One Bank, P.O. Box 98875, Las Vegas, NV 89193-8875 |
| 519157662 | *+ | Credit One Bank, P.O. Box 98875, Las Vegas, NV 89193-8875 |
| 519157664 | *+ | Department of Education/Nelnet, PO Box 82561, Lincoln, NE 68501-2561 |
| 519157665 | *+ | Department of Education/Nelnet, PO Box 82561, Lincoln, NE 68501-2561 |
| 519157666 | *+ | Department of Education/Nelnet, PO Box 82561, Lincoln, NE 68501-2561 |
| 519157667 | *+ | Department of Education/Nelnet, PO Box 82561, Lincoln, NE 68501-2561 |
| 519157668 | *+ | Department of Education/Nelnet, PO Box 82561, Lincoln, NE 68501-2561 |
| 519157675 | *+ | Home Depot, PO Box 790328, Saint Louis, MO 63179-0328 |
| 519157684 | *+ | Merrick Bank Corp, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 519157689 | *+ | Sams club, PO Box 965003, Orlando, FL 32896-5003 |

TOTAL: 0 Undeliverable, 18 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2023          Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Andrew B Finberg | jdesantis@standingtrustee.com |
| Andrew M. Carroll | on behalf of Debtor Kimberly A Rosetti AndrewCarrollEsq@gmail.com SouthJerseyBankruptcy@gmail.com |
| Andrew M. Carroll | on behalf of Joint Debtor Salvatore Rosetti AndrewCarrollEsq@gmail.com SouthJerseyBankruptcy@gmail.com |
| Brian C. Nicholas | on behalf of Creditor MIDFIRST BANK bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor Home Point Financial Corporation hkaplan@rasnj.com kimwilson@raslg.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Jason Brett Schwartz | on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A. bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9