Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  21−12756−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Kimberly A Rosetti                              Salvatore Rosetti
   aka Kimberly Anne Rosetti                       23 S. Cedarbrook Road
   23 S. Cedarbrook Road                           Sicklerville, NJ 08081
   Sicklerville, NJ 08081

Social Security No.:
   xxx−xx−6874                                     xxx−xx−0100

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on January 19, 2024.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: January 19, 2024
JAN: har

                                                                         Jeanne Naughton
                                                                         Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                        Case No. 21-12756-ABA

Kimberly A Rosetti                                                       Chapter 13

Salvatore Rosetti

      Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1                                    User: admin                                       Page 1 of 5

Date Rcvd: Jan 19, 2024                            Form ID: 148                                   Total Noticed: 75

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^                 Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kimberly A Rosetti, Salvatore Rosetti, 23 S. Cedarbrook Road, Sicklerville, NJ 08081-3702 |
| 519157650 | + | Comenity Bank/Burlington Coat Factory, PO Box 182120, Columbus, OH 43218-2120 |
| 519157679 | + | IRS, Attorney General of US, US DOJ, 950 Pennsylvania Avenue, NW, Washington, DC 20503-0001 |
| 519157682 | + | Macy's, 151 W 34th Street, New York, NY 10001-2101 |
| 519157690 | + | Sync/At Home PLCC, PO Box 965013, Orlando, FL 32896-5013 |
| 519158213 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519157692 | | TBOM/Aspire, PO Box 1055555, SW # 1340, Atlanta, GA 30348 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 19 2024 21:12:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 19 2024 21:12:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: AISACG.COM | Jan 20 2024 01:58:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: RASEBN@raslg.com | Jan 19 2024 21:10:00 | Home Point Financial Corporation, Robertson, Anschutz, Schneid, Crane & Pa, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 519157637 | + | EDI: SYNC | Jan 20 2024 01:58:00 | Amazon/PLCC, PO Box 965015, Orlando, FL 32896-5015 |
| 519157638 | + | EDI: SYNC | Jan 20 2024 01:58:00 | Ashley's Furniture, 965036, Orlando, FL 32896-0001 |
| 519157641 | | Email/Text: BNBSB@capitalsvcs.com | Jan 19 2024 21:10:00 | Bryant State, 500 E. 60th Street North, Sioux Falls, SD 57104 |
| 519157639 | + | EDI: HFC.COM | Jan 20 2024 01:58:00 | Best Buy, PO Box 49352, San Jose, CA 95161-9352 |
| 519157640 | + | EDI: WFNNB.COM | Jan 20 2024 01:58:00 | Big Lots Comenity Bank, PO Box 183003, Columbus, OH 43218-3003 |
| 519157648 | | EDI: CITICORP | Jan 20 2024 01:58:00 | CBNA, 50 N.W. Point Road, Elk Grove Village, IL 60007 |
| 519157642 | | EDI: CAPITALONE.COM | Jan 20 2024 01:58:00 | Capital One, 1500 Capital One Drive, Henrico, VA 23238 |
| 519157645 | + | EDI: CAPONEAUTO.COM | Jan 20 2024 01:58:00 | Capital One Auto, PO Box 259407, Plano, TX 75025-9407 |

Case 21-12756-ABA    Doc 102    Filed 01/21/24    Entered 01/22/24 00:17:50    Desc
Imaged Certificate of Notice    Page 3 of 6

| District/off: 0312-1 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Jan 19, 2024 | Form ID: 148 | Total Noticed: 75 |

| | | | |
|---|---|---|---|
| 519164503 | + EDI: AISACG.COM | Jan 20 2024 01:58:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519198259 | + EDI: AISACG.COM | Jan 20 2024 01:58:00 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 519189960 | + EDI: AIS.COM | Jan 20 2024 01:58:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519213286 | + EDI: AIS.COM | Jan 20 2024 01:58:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519157646 | + EDI: CAPITALONE.COM | Jan 20 2024 01:58:00 | Capital One Walmart, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519157649 | + EDI: CITICORP | Jan 20 2024 01:58:00 | Citbank CBNA, 701 E 60th Street North, Sioux Falls, SD 57104-0432 |
| 519157651 | + EDI: WFNNB.COM | Jan 20 2024 01:58:00 | Comenity/Big Lots, PO Box 182120, Columbus, OH 43218-2120 |
| 519157652 | + EDI: WFNNB.COM | Jan 20 2024 01:58:00 | Comenity/Boscovs, PO Box 182120, Columbus, OH 43218-2120 |
| 519157653 | + EDI: WFNNB.COM | Jan 20 2024 01:58:00 | Comenity/Torrid, PO Box 182789, Columbus, OH 43218-2789 |
| 519157654 | + EDI: WFNNB.COM | Jan 20 2024 01:58:00 | Comenity/Wayfair, PO Box 182789, Columbus, OH 43218-2789 |
| 519157656 | + Email/PDF: creditonebknotifications@resurgent.com | Jan 19 2024 21:14:13 | Credit One Bank, P.O. Box 98875, Las Vegas, NV 89193-8875 |
| 519203699 | EDI: Q3G.COM | Jan 20 2024 01:58:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 519157663 | + Email/Text: electronicbkydocs@nelnet.net | Jan 19 2024 21:12:00 | Department of Education/Nelnet, PO Box 82561, Lincoln, NE 68501-2561 |
| 519157669 | Email/Text: bankruptcycourts@equifax.com | Jan 19 2024 21:11:00 | Equifax, Attn: Bankruptcy Dept., P.O. Box 740241, Atlanta, GA 30374 |
| 519157670 | ^ MEBN | Jan 19 2024 21:04:52 | Experian, Attn: Bankruptcy Dept., P.O. Box 2002, Allen, TX 75013-2002 |
| 519157671 | Email/Text: BNSFN@capitalsvcs.com | Jan 19 2024 21:10:00 | First National Credit, 500 East 60th Street North, Sioux Falls, SD 57104 |
| 519157673 | Email/Text: BNBLAZE@capitalsvcs.com | Jan 19 2024 21:10:00 | First Savings Bank Blaze, 500 E. 60th Street, Sioux Falls, SD 57104 |
| 519239363 | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 19 2024 21:14:13 | Fair Square Financial LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519157672 | + EDI: AMINFOFP.COM | Jan 20 2024 01:58:00 | First Premier Bank, 601 S. Minnesota Road, Sioux Falls, SD 57104-4868 |
| 519157674 | + EDI: CITICORP | Jan 20 2024 01:58:00 | Home Depot, PO Box 790328, Saint Louis, MO 63179-0328 |
| 519202634 | + Email/Text: RASEBN@raslg.com | Jan 19 2024 21:10:00 | Home Point Financial Corporation, ROBERTSON, ANSCHUTZ, SCHNEID,, CRANE & PARTNERS, PLLC, 130 CLINTON RD #202, FAIRFIELD, NJ 07004-2927 |
| 519157676 | + Email/Text: nsm_bk_notices@mrcooper.com | Jan 19 2024 21:10:00 | Homepoint, 11511 Luna Road, Suite 200, Dallas, TX 75234-6451 |
| 519157678 | EDI: IRS.COM | Jan 20 2024 01:58:00 | IRS, PO Box 7317, Philadelphia, PA 19101-7317 |
| 519157680 | + Email/Text: usanj.njbankr@usdoj.gov | Jan 19 2024 21:12:00 | IRS in c/o US Attorney, Peter Rodino Building, 970 Broad Street, Suite 700, Newark, NJ |

Case 21-12756-ABA   Doc 102   Filed 01/21/24   Entered 01/22/24 00:17:50   Desc
Imaged Certificate of Notice   Page 4 of 6

| District/off: 0312-1 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Jan 19, 2024 | Form ID: 148 | Total Noticed: 75 |

| | | | |
|---|---|---|---|
| 519157677 | + EDI: PHINGENESIS | | 07102-2534 |
| 519235525 | + Email/Text: PBNCNotifications@peritusservices.com | Jan 20 2024 01:58:00 | Indigo, PO Box 4499, Beaverton, OR 97076-4499 |
| 519157681 | Email/Text: PBNCNotifications@peritusservices.com | Jan 19 2024 21:09:00 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 519921090 | + Email/PDF: resurgentbknotifications@resurgent.com | Jan 19 2024 21:09:00 | Kohls/Capital One, N56 Ridgewood Drive, Menomonee Falls, WI 53051 |
| 519921091 | + Email/PDF: resurgentbknotifications@resurgent.com | Jan 19 2024 21:14:16 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| | | Jan 19 2024 21:14:18 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 519186127 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 19 2024 21:13:45 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519186669 | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 19 2024 21:13:38 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519157685 | Email/Text: ml-ebn@missionlane.com | Jan 19 2024 21:09:00 | Mission Lane/Tab Bank, 101 2nd Street, Ste. 350, San Francisco, CA 94105 |
| 519157683 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 19 2024 21:31:19 | Merrick Bank Corp, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 519234909 | + EDI: AISMIDFIRST | Jan 20 2024 01:58:00 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 519157686 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 19 2024 21:31:14 | Ollo Card Services, PO Box 9222, Old Bethpage, NY 11804-9222 |
| 519228859 | EDI: PRA.COM | Jan 20 2024 01:58:00 | Portfolio Recovery Associates, LLC, c/o AMAZON, POB 41067, Norfolk, VA 23541 |
| 519228881 | EDI: PRA.COM | Jan 20 2024 01:58:00 | Portfolio Recovery Associates, LLC, c/o AT HOME, POB 41067, Norfolk, VA 23541 |
| 519235943 | EDI: PRA.COM | Jan 20 2024 01:58:00 | Portfolio Recovery Associates, LLC, c/o Best Buy, POB 41067, Norfolk VA 23541 |
| 519228882 | EDI: PRA.COM | Jan 20 2024 01:58:00 | Portfolio Recovery Associates, LLC, c/o LOWES, POB 41067, Norfolk, VA 23541 |
| 519228823 | EDI: PRA.COM | Jan 20 2024 01:58:00 | Portfolio Recovery Associates, LLC, c/o THE HOME DEPOT, POB 41067, Norfolk, VA 23541 |
| 519157687 | + Email/Text: bankruptcy@petalcard.com | Jan 19 2024 21:11:00 | Petal Card, Inc., PO Box 105168, Atlanta, GA 30348-5168 |
| 519227878 | + EDI: JEFFERSONCAP.COM | Jan 20 2024 01:58:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC; Assignee, PO Box 7999, Saint Cloud MN 56302-7999 |
| 519246388 | EDI: Q3G.COM | Jan 20 2024 01:58:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519207164 | EDI: Q3G.COM | Jan 20 2024 01:58:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 519246386 | EDI: Q3G.COM | Jan 20 2024 01:58:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519208610 | EDI: Q3G.COM | Jan 20 2024 01:58:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519157691 | + EDI: SYNC | Jan 20 2024 01:58:00 | SYNCB/Lowes, PO Box 965995, Orlando, FL 32896-0001 |
| 519157688 | + EDI: SYNC | Jan 20 2024 01:58:00 | Sams club, PO Box 965003, Orlando, FL |

| District/off: 0312-1 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Jan 19, 2024 | Form ID: 148 | Total Noticed: 75 |

| | | | | |
|---|---|---|---|---|
| 519239613 | + EDI: PRA.COM | Jan 20 2024 01:58:00 | 32896-5003<br>Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519196461 | + Email/Text: bncmail@w-legal.com | Jan 19 2024 21:12:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 519157693 | ^ MEBN | Jan 19 2024 21:07:04 | TD Bank, NA, 2035 Limestone Road, Wilmington, DE 19808-5529 |
| 519157694 | ^ MEBN | Jan 19 2024 21:04:16 | Transunion, Attn: Bankruptcy Dept., P.O. Box 1000, Crum Lynne, PA 19022 |
| 519160693 | + Email/Text: electronicbkydocs@nelnet.net | Jan 19 2024 21:12:00 | U.S. Department of Education c/o Nelnet, 121 S 13th St, Suite 201, Lincoln, NE 68508-1911 |
| 519226344 | + EDI: AIS.COM | Jan 20 2024 01:58:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519157695 | + Email/Text: bk@avant.com | Jan 19 2024 21:12:00 | Webbank/Avant, 222 N LaSalle Street, Suite 1700, Chicago, IL 60601-1101 |
| 519157696 | + EDI: BLUESTEM | Jan 20 2024 01:58:00 | Webbank/Gettington, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |

TOTAL: 68

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519157643 | * | Capital One, 1500 Capital One Drive, Henrico, VA 23238 |
| 519157644 | * | Capital One, 1500 Capital One Drive, Henrico, VA 23238 |
| 519157647 | *+ | Capital One Walmart, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519157655 | *+ | Comenity/Wayfair, PO Box 182789, Columbus, OH 43218-2789 |
| 519157657 | *+ | Credit One Bank, P.O. Box 98875, Las Vegas, NV 89193-8875 |
| 519157658 | *+ | Credit One Bank, P.O. Box 98875, Las Vegas, NV 89193-8875 |
| 519157659 | *+ | Credit One Bank, P.O. Box 98875, Las Vegas, NV 89193-8875 |
| 519157660 | *+ | Credit One Bank, P.O. Box 98875, Las Vegas, NV 89193-8875 |
| 519157661 | *+ | Credit One Bank, P.O. Box 98875, Las Vegas, NV 89193-8875 |
| 519157662 | *+ | Credit One Bank, P.O. Box 98875, Las Vegas, NV 89193-8875 |
| 519157664 | *+ | Department of Education/Nelnet, PO Box 82561, Lincoln, NE 68501-2561 |
| 519157665 | *+ | Department of Education/Nelnet, PO Box 82561, Lincoln, NE 68501-2561 |
| 519157666 | *+ | Department of Education/Nelnet, PO Box 82561, Lincoln, NE 68501-2561 |
| 519157667 | *+ | Department of Education/Nelnet, PO Box 82561, Lincoln, NE 68501-2561 |
| 519157668 | *+ | Department of Education/Nelnet, PO Box 82561, Lincoln, NE 68501-2561 |
| 519157675 | *+ | Home Depot, PO Box 790328, Saint Louis, MO 63179-0328 |
| 519157684 | *+ | Merrick Bank Corp, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 519157689 | *+ | Sams club, PO Box 965003, Orlando, FL 32896-5003 |

TOTAL: 0 Undeliverable, 18 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 21, 2024    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com |
| Andrew M. Carroll | on behalf of Debtor Kimberly A Rosetti AndrewCarrollEsq@gmail.com SouthJerseyBankruptcy@gmail.com |
| Andrew M. Carroll | on behalf of Joint Debtor Salvatore Rosetti AndrewCarrollEsq@gmail.com SouthJerseyBankruptcy@gmail.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor Home Point Financial Corporation hkaplan@rasnj.com kimwilson@raslg.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Jason Brett Schwartz | on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A. bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8